**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**
*Plaintiff,*

vs.

**MARIO GUZMAN**
*Defendant.*

**CRIMINAL NO.: 26-114 (SCC)**

JOINT INFORMATIVE MOTION

**TO THE HONORABLE COURT**:

**COMES NOW** the parties, through undersigned counsel, and respectfully informs this Honorable Court that:

Mr. Guzman was indicted on March 30, 2026 (DE#3) He was arraigned on April 16, 2026 (DE#10). There have been several status conferences in the case. The last one occurred on September 16, 2026. At the time the court set a follow up status conference for October 30, 2026. Later the court vacated that setting and asked the parties to file an informative motion.

Defense counsel, AFPD John Connors recently learned that Mr. Guzman was committed to the Capestrano Hospital in San Juan for some type of psychotic break down by Dr. Willian Vega-Sanchez. It's defense counsel's understanding that Mr. Guzman was hospitalized from October 13, 2026, through October 19, 2026, and that he is now under partial admittance and continuing care with Dr. Fernando Cabrerra. There is a further mental health evaluation scheduled for October 30, 2026.

AFPD Connors has relayed the above information to AUSA Cody McKinney who indicated he had no objection to defense counsel's request that the court set a status conference/ pretrial conference during the week of November 15, 2026.

**WHEREFORE**, the parties respectfully request that the Court take notice of the foregoing and set a status conference during the week of November 15, 2026

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 26th of October 2026.

**RACHEL BRILL**
**Chief Defender**
**District of Puerto Rico**

*S/John Connors*
John J. Connors
Assistant Federal Public Defender
USDC-PR G01305
E-mail: John_Connors@fd.org